**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10449 |
| Plaintiff - Appellant, | D.C. No. 2:09-cr-00334-JCM-GWF |
| v. | |
| TIFFANY ANGELO, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the District of Nevada
James C. Mahan, District Judge, Presiding

Submitted February 21, 2012[**]

Before:    FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

The United States appeals the district court's order reducing the amount of a

criminal forfeiture money judgment from $400,000 to $100 where Tiffany Angelo

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

pled guilty to bank fraud in violation of 18 U.S.C. § 1344.  We have jurisdiction under 28 U.S.C. § 1291.

In light of our holding in *United States v. Newman*, 659 F.3d 1235 (9th Cir. 2011), we vacate the district court's entry of an order of criminal forfeiture of $100, and we remand.

**VACATED and REMANDED.**